IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 NOV -7 PM 3:31
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| ENCLYCLOPAEDIA BRITANNICA, INC., § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | CAUSE NO. A-07-CA-787-LY | |
| § | | |
| MAGELLAN NAVIGATION, INC., § | | |
| TOMTOM, INC., AND AMERICAN § | | |
| TV & APPLIANCE OF MADISON, INC., § | | |
| DEFENDANTS. § | | |

## ORDER

Before the Court is the above-referenced and styled cause. On this same date, the parties appeared before the Court for a status conference, during which the parties agreed to mediate the case. The Court will therefore order this cause to mediation.

**IT IS ORDERED** that the parties shall schedule this cause for mediation to be completed **by February 1, 2008**. The individual parties, as well as their attorneys, shall personally attend the mediation. In the case of corporations or other business entities, a representative of such entity with complete authority to settle or compromise all issues in this case shall attend the mediation.

**IT IS FURTHER ORDERED** that immediately upon scheduling the mediation ordered herein the parties shall submit to the Court a status report setting forth the name of the mediator chosen by the parties and the scheduled time and place of the mediation.

**IT IS FINALLY ORDERED** that the parties shall file a joint report with the Court regarding the outcome of the mediation within seven (7) days following completion of the mediation.

SIGNED this ___7th___ day of November, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE