IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 FEB -6 PM 2: 34
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

| | | |
|---|---|---|
| ENCLYCLOPAEDIA BRITANNICA, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| ALPINE ELECTRONICS OF AMERICA, INC., ALPINE ELECTRONICS, INC., DENSO CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., AMERICAN HONDA MOTOR, CO., INC., AND GARMIN INTERNATIONAL, INC., | § | CAUSE NO. A-06-CA-578-LY |
| DEFENDANTS. | § | |

| | | |
|---|---|---|
| ENCLYCLOPAEDIA BRITANNICA, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-07-CA-787-LY |
| | § | |
| MAGELLAN NAVIGATION, INC. AND TOMTOM, INC., | § | |
| DEFENDANTS. | § | |

## ORDER

Before the Court is the above-referenced case. On February 6, 2009, the Court conducted a Scheduling Conference at which the parties agreed to the following briefing schedule for Defendants' summary-judgment motion.

1. Defendants' motion for summary judgment shall be filed **on or before February 20, 2009**.

2. Plaintiff's response shall be filed **on or before March 13, 2009**.

3. Defendants' reply shall be filed **on or before March 27, 2009**.

All matters in this cause is **STAYED** pending the Court's ruling on Defendants' summary-judgment motion.

SIGNED this 6th day of February, 2009.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE